No. 46903.—Protest 6149–K of General Dyestuff Corp. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 46904.—Protests 22311–K, etc., of A. N. Deringer, Inc., et al. (St. Albans, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46905.—Protests 23377–K, etc., of "Little Joe" Weisenfeld Co., et al. (Baltimore, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 30, 1942

No. 46906.—Protest 29661–K of Simon Healey & Goldstein, Inc. (New York).

Opinion by TILSON J. It was stipulated that the merchandise in question is similar to that involved in Abstract 46059. The claim that this item is dutiable at 65 percent under paragraph 1529 and T. D. 48316 was sustained.

No. 46907.—Protests 7234–K, etc., of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 46497 the claim under paragraph 1504 (b) (1) was sustained.

No. 46908.—Protests 36081–K, etc., of Bernard Krulwich & Co. et al. (New York).

Opinion by TILSON, J. It was agreed between counsel that the merchandise consists of hemp knotted straw hats similar to those the subject of Abstract 46497. In accordance therewith they were held dutiable at 25 percent only under paragraph 1504 (b) (1) as claimed.

No. 46909.—Protests 916863–G, etc., of A. Sulka & Co. (New York).

Opinion by TILSON, J. In accordance with the record presented some of the hemmed woven silk mufflers in question were held dutiable at 45 percent under paragraph 1209 and T. D. 49753; those imported prior to the trade agreement were accordingly held dutiable at 60 percent under paragraph 1209.